IN RE the COMMITMENT OF Wilbert L. THOMAS:

STATE of Wisconsin, Petitioner-Respondent-Petitioner,

v.

Wilbert L. THOMAS, Respondent-Appellant.

Supreme Court

*No. 98–0152. Oral argument November 11, 1999.—Decided December 8, 1999.*

(Also reported in 603 N.W.2d 84.)

For the petitioner-respondent-petitioner the cause was argued by *Brian E. Pawlak*, assistant district attorney, with whom on the briefs was *Robert S. Flancher*, district attorney and *Michael E. Nieskes*, deputy district attorney.

For the respondent-appellant there was a brief by assistant state public defenders *Mark Lukoff*, *Robert W. Peterson* and *Jack E. Schairer* and oral argument by *Jack E. Schairer*, assistant state public defender.

¶ 1. PER CURIAM. The court is equally divided on the question of whether the unpublished decision of the court of appeals, *State v. Thomas*, no.

241

98–0152 (Dec. 9, 1998), should be affirmed or reversed. Chief Justice SHIRLEY S. ABRAHAMSON, Justice WILLIAM A. BABLITCH and Justice ANN WALSH BRADLEY would affirm; Justice JON P. WILCOX, Justice N. PATRICK CROOKS and Justice DIANE S. SYKES would reverse. Justice DAVID T. PROSSER did not participate.

¶ 2.  Accordingly, the decision of the court of appeals is affirmed.